UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 19-13007 mdc |
|    PAUL D. BETHMAN | : | |
|               Debtor | : | CHAPTER 13 |

## **CERTIFICATION OF NO RESPONSE**

The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of January 19, 2023, regarding Application of Jeffrey C. McCullough for Supplemental Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan filed on December 29, 2022 as Docket No. 94.


1/23/2023                                                               /s/Jeffrey C. McCullough
Date                                                                    Jeffrey C. McCullough, Esquire
                                                                                        Attorney for Debtor
                                                                                        16 N. Franklin St., Suite 300
                                                                                        Doylestown, PA  18901
                                                                                        215-348-8133
                                                                                        215-348-0428 – Fax
                                                                                        jeffmccullough@bondmccullough.com