UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : No. 19-13007 mdc
    PAUL D. BETHMAN :
                Debtor : CHAPTER 13

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this 9th day of February 2023, upon consideration of the Application for Supplemental Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $1650.00 as supplemental compensation for professional services rendered as counsel to Debtor in connection with performance of his representation of Debtor in connection with services related to defense and resolution of a Notice of Default of a Stipulation in Resolution of a Motion For Relief from Stay and Motion to Modify Confirmed Chapter 13 Plan. Said fees may be paid as an administrative expense through Debtor's Modified Confirmed Chapter 13 Plan approved by Order of this Court dated October 27, 2022, as those funds are available to the standing Chapter 13 Trustee.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge