**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Paul D. Bethman                                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-13007 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MEB Loan Trust VII and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
21 Feb 2023, 09:51:42, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322