United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13007-amc |
| Paul D. Bethman | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 19, 2024 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul D. Bethman, 50 S. Lafayette Ave., Morrisville, PA 19067-7121 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 21, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:

**Name**    **Email Address**

CHRISTOPHER A. DENARDO
   on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com

DENISE ELIZABETH CARLON
   on behalf of Creditor MEB Loan Trust VII bkgroup@kmllawgroup.com

JEFFREY C. MCCULLOUGH
   on behalf of Debtor Paul D. Bethman jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

JEFFREY C. MCCULLOUGH
   on behalf of Plaintiff Paul D. Bethman jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

JEROME B. BLANK
   on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: 234 | Total Noticed: 1 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM

MARIO J. HANYON
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION wbecf@brockandscott.com,
    mario.hanyon@brockandscott.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

ROBERT J. DAVIDOW
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Paul D. Bethman
        Debtor(s)　　　　　　　　　　　　　Case No:19−13007−amc
　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

　　　　　　　　　　　　　　　　　　　　　　　For The Court


　　　　　　　　　　　　　　　　　　　　　　　Timothy McGrath,
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Date: 9/19/24

　　　　　　　　　　　　　　　　　　　　　　　　　　　113
　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 234