United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-13007-amc |
|---|---|
| Paul D. Bethman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul D. Bethman, 50 S. Lafayette Ave., Morrisville, PA 19067-7121 |
| 14334317 | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14333407 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14332704 | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14560399 | #+ | JPMorgan Chase Bank, National Association, c/o Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14527530 | + | Jeffrey C. McCullough, 16 North Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 14759217 | + | MEB Loan Trust VII, C/O Michael Farrington, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 23 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14352964 | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 23 2024 23:53:00 | Bank of America, N.A, P.O. BOX 31785, Tampa, FL 33631-3785 |
| 14322227 | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 24 2024 00:08:37 | Capital One Auto Finance, P.O.Box 60511, City of Industry, CA 91716-0511 |
| 14325069 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 24 2024 00:08:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14338845 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 24 2024 00:08:49 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14332958 | + Email/PDF: ebn_ais@aisinfo.com | Sep 24 2024 00:08:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14322228 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2024 00:08:37 | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 14322229 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2024 00:08:39 | Chase Mortgage, P.O.Box 24696, Columbus, OH 43224 |
| 14359620 | Email/PDF: ais.chase.ebn@aisinfo.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Sep 23, 2024 | Form ID: 138OBJ | Total Noticed: 27

| | | | |
|---|---|---|---|
| | | Sep 24 2024 00:08:50 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14737283 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 23 2024 23:53:00 | MEB Loan Trust VII, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14759050 | ^ MEBN | Sep 23 2024 23:51:02 | MEB Loan Trust VII, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14343500 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2024 23:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14322230 | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2024 23:53:00 | Midland Credit Management, Inc., P.O.Box 51319, Los Angeles, CA 90051-5619 |
| 14411444 | Email/Text: blegal@phfa.org | Sep 23 2024 23:53:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14322231 | Email/Text: blegal@phfa.org | Sep 23 2024 23:53:00 | Pennsylvania Housing Finance Agency, P.O.Box 15057, Harrisburg, PA 17105-5057 |
| 14357092 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2024 00:08:23 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14359479 | Email/Text: bkdepartment@rtresolutions.com | Sep 23 2024 23:53:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 14877597 | + Email/Text: bkteam@selenefinance.com | Sep 23 2024 23:53:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14909612 | + Email/Text: RASEBN@raslg.com | Sep 23 2024 23:53:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14503150 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14430621 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA, 71203 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024       Signature:       /s/Gustava Winters

District/off: 0313-2         User: admin         Page 3 of 3

Date Rcvd: Sep 23, 2024         Form ID: 138OBJ         Total Noticed: 27

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MEB Loan Trust VII bkgroup@kmllawgroup.com |
| JEFFREY C. MCCULLOUGH | on behalf of Plaintiff Paul D. Bethman jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Paul D. Bethman jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JEROME B. BLANK | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM |
| MARIO J. HANYON | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com |
| ROBERT J. DAVIDOW | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com |
| THOMAS SONG | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

*Form 138OBJ* (6/24)–doc 119 – 113

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            )
    Paul D. Bethman                         )           Case No. 19–13007–amc
                                             )
                                             )
    Debtor(s).                               )           Chapter: 13
                                             )
                                             )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 23, 2024                          For The Court

                                             Timothy B. McGrath
                                             Clerk of Court