United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13007-amc |
| Paul D. Bethman | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 08, 2024 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul D. Bethman, 50 S. Lafayette Ave., Morrisville, PA 19067-7121 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2024               Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MEB Loan Trust VII bkgroup@kmllawgroup.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Paul D. Bethman jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JEFFREY C. MCCULLOUGH | on behalf of Plaintiff Paul D. Bethman jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JEROME B. BLANK | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 08, 2024 | Form ID: 167 | Total Noticed: 1

ecfemails@ph13trustee.com  philaecf@gmail.com

KRISTEN D. LITTLE
on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM

MARIO J. HANYON
on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHELLE L. MCGOWAN
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

ROBERT BRIAN SHEARER
on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

ROBERT J. DAVIDOW
on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

THOMAS SONG
on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Paul D. Bethman
    Debtor(s)

Case No: 19−13007−amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Certification of Default

on: 10/31/24

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  10/8/24

Timothy B. McGrath
Clerk of Court

123 − 122
Form 167