United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13007-amc |
| Paul D. Bethman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul D. Bethman, 50 S. Lafayette Ave., Morrisville, PA 19067-7121 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 03, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MEB Loan Trust VII bkgroup@kmllawgroup.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Paul D. Bethman jeffmccullough@bondmccullough.com lchung@bondmccullough.com |
| JEFFREY C. MCCULLOUGH | on behalf of Plaintiff Paul D. Bethman jeffmccullough@bondmccullough.com lchung@bondmccullough.com |
| JEROME B. BLANK | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

ecfemails@ph13trustee.com philaecf@gmail.com

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM

MARIO J. HANYON
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

ROBERT J. DAVIDOW
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                            CHAPTER 13
                                                  CASE NO.: 19-13007-amc
**Paul D. Bethman**

   Debtor,

_____/

**U.S. BANK TRUST NATIONAL
ASSOCIATION NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR RCF 2 ACQUISITION
TRUST,**

   Secured Creditor,

v.

**Paul D. Bethman, and**

**Kenneth E. West,**

   Respondents.

_____/

**ORDER OF COURT**

AND NOW, this 1st day of Nov., 2024, upon consideration of U.S. BANK TRUST

NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS

OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) ), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST; and it is further

ORDERED, that U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 50 S. Lafayette Ave. Morrisville, PA 19067, including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge