# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Paul D. Bethman**<br>　　　　　　　　　　**Debtor(s)**<br><br>**MEB Loan Trust VII**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Paul D. Bethman**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West,**<br>　　　　　　　　　　**Trustee** | **BK NO. 19-13007 MDC**<br><br>**Chapter 13**<br><br>**Related to Claim No.** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 23, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Paul D. Bethman
50 South Lafayette Avenue
Morrisville, PA 19067

Attorney for Debtor(s)
Jeffrey C. McCullough, Esq.
16 N. Franklin Street (VIA ECF)
Suite 300
Doylestown, PA 18901

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>January 23, 2023</u>

　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington Esq.**
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com